# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JFXD TRX ACQ LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 24-cv-00715<br><br>**Judge Jeffrey I. Cummings**<br><br>**Magistrate Judge Sunil R. Harjani** |

## STIPULATION OF DISMISSAL

Plaintiff JFXD TRX ACQ LLC ("TRX" or "Plaintiff") and Defendant Fcflower (No. 20) (collectively, "Parties") hereby stipulate, in consideration of a negotiated settlement executed by the Parties, to dismiss this action, with leave to reinstate the Defendant within two hundred and seventy (270) days, including all claims and counterclaims stated herein against the Parties. Each party will bear their own costs and attorneys' fees.

With the dismissal of Defendant Fcflower, the Response to Plaintiff's Motion for Preliminary Injunction [28] is now moot.

Case: 1:24-cv-00715 Document #: 34 Filed: 03/01/24 Page 2 of 2 PageID #:897

Dated this 1ˢᵗ day of March 2024.   Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiff JFXD TRX ACQ LLC.*


s/ Chen Long
Email: dasvfcd@126.com
Phone Number: 131-3552-3536
128 Dongqi, Zhongqi Village, Yongfeng Town, Xinghua City, Jiangsu, China

*Operator of Fcflower*

</div>